UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BEARLEE, LLC, a Michigan limited liability
company, and RUNCAL, LLC, a Michigan
limited liability company,

Case No. 1:25-CV-1940

        Plaintiffs,

Hon. Paul L. Maloney

v.

CHARTER TOWNSHIP OF TEXAS, a
Michigan charter township,

       Defendant.

---

Joseph M. Infante (P68719)
Christopher J. Gartman (P83286)
Miller Canfield Paddock and Stone PLC
Attorneys for Plaintiffs
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI  49503
(616) 776-6333
infante@millercanfield.com
gartman@millercanfield.com

James M. Straub (P21083)
James T. McGovern (P79410)
Ross A. Holec (P79489)
STRAUB, SEAMAN & ALLEN, P.C.
Attorneys for Defendant
1014 Main Street, P.O. Box 318
St. Joseph, MI  49085
(269) 982-1600
jstraub@lawssa.com
jmcgovern@lawssa.com
rholec@lawssa.com

---

## STIPULATION & ORDER Re: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT

This matter having come before the Court by the parties hereto, by and through their respective counsel of record, and the parties hereby stipulate as to Plaintiffs' Motion for Leave to File a Supplemental First Amended Complaint with the following:

A.    The parties stipulate to the plaintiffs filing the Supplemental First Amended Complaint with 7 days of entry of this Order.

B.    Defendant is allowed 21 days of the date of the filing of the Supplemental First Amended Complaint to file a responsive pleading or Rule 12 Motion to Dismiss as to the new claims addressed in Count IX

C.    Defendant's Rule 12 Motion to Dismiss (ECF No.21) is pending, and will remain pending and briefed, as to Counts I through XIII of the Supplemental First Amended Complaint given that those claims are identical to the First Amended Complaint and carry-over to the Supplemental First Amended Complaint.

With the Court being otherwise fully advised in the premises;

IT IS HEREBY STIPULATED AND ORDERED that the Supplemental First Amended Complaint be accepted and filed with the Court as the operative complaint going forward. The Clerks Office is directed to file ECF No. 27-1, PageID.770-780 on the docket as Plaintiff's Amended Complaint. The Township shall be allowed 21 days to file a responsive pleading or Rule 12 Motion to Dismiss as to Count IX of the Amended Complaint. Defendants Motion to Dismiss (ECF No.21) will remain pending as to Counts I through XIII.

IT IS SO ORDERED.

Date: June 11, 2026

/s/ Phillip J. Green

PHILLIP J. GREEN
United States Magistrate Judge

By signatures that follow, Parties hereby stipulate to the terms and entry of the above Order.

/s/ *Joseph M. Infante*
Joseph M. Infante (P68719)
For Plaintiffs

/s/ *James T. McGovern*
James McGovern (P79410)
For Defendant

2 of 3